1
2
3
4
5
6
7

8  **UNITED STATES DISTRICT COURT**
   **DISTRICT OF NEVADA**
9

10 LANCE REBERGER,                       )
                                          )
11           Petitioner,                 )   3:13-CV-00032-HDM-VPC
                                          )
12 vs.                                   )
                                          )   **ORDER**
13 NEVADA, STATE OF, *et al.,*           )
                                          )
14           Respondents.                )

15        On January 22, 2013, petitioner submitted a motion for extension of copywork limit, in
16 which he states that he needs funds for copies in order to file a petition for a writ of habeas corpus
17 pursuant to 28 U.S.C. § 2254 (ECF #1-1). Such document is insufficient to initiate a habeas corpus
18 action in this court. As stated in Rule 1 of the Federal Rules of Civil Procedure, a civil action is
19 commenced by filing a complaint, or in this case, a petition for writ of habeas corpus. Petitioner's
20 motion must be denied. The court notes that in order to initiate a habeas petition before this court,
21 petitioner need only submit such petition on the court-approved form, along with either the full $5.00
22 filing fee or an application to proceed *in forma pauperis*. It is not necessary for petitioner to file exhibits
23 at the time he files his petition.

24        Accordingly, this action must be dismissed, and petitioner's motion for expedited
25 decision (ECF #3) is also denied.

26

1 **IT IS THEREFORE ORDERED** that the Clerk shall **DETACH** and **FILE** petitioner's motion for extension of the copywork limit (ECF #1-1)

**IT IS FURTHER ORDERED** that petitioner's motion for extension of the copywork limit is **DENIED**.

**IT IS FURTHER ORDERED** that petitioner's motion for expedited decision (ECF #3) is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk shall send to plaintiff a blank petition for writ of habeas corpus form with instructions, the approved form for Application to Proceed *In Forma Pauperis*, and the document "Information and Instructions for Filing a Motion to Proceed *In Forma Pauperis*."

**IT IS FURTHER ORDERED** that this action is **DISMISSED** for failure to file a petition for writ of habeas corpus.

**IT IS FURTHER ORDERED** that the Clerk shall **ENTER JUDGMENT** accordingly and close this case.

DATED this 12th day of March, 2013.

*Howard D McKibben*
_____
UNITED STATES DISTRICT JUDGE